WILLIAM CURRANT *v.* ED CURRANT.

Garnishment—No Resistance—Costs.

A garnishee who makes no resistance is not liable for costs. A judgment for costs being against the fund in his hands, the costs are to be first deducted therefrom.

APPEAL FROM BOURBON CIRCUIT COURT.

December 12, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The default admitted that the appellant owes more than the amount claimed by the appellee in this case, and the joint judgment cannot operate prejudicially to the appellant. Nor, though it would have been more prudent and regular to have directed a credit in favor of the appellant as garnishee, yet as the record will always secure him that credit the omission to direct it specially as the decree cannot do him any harm.

The appellant having made no resistance was not liable personally for costs, and apparently therefore the judgment against him for costs might be erroneous, but so small a matter ought not to reverse the entire judgment as the judgment for costs is,

in effect, against the fund in his hands and will entitle him to a credit for the costs as well as for the principal amount adjudged against him. There is no error therefore certainly prejudicial to appellant. Wherefore the judgment is affirmed.

*Hanson & Hanson, for appellant.*
*Alexander & Turney, for appellee.*